UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 9, 2014

MEMO TO COUNSEL RE:  Trudy Dennard v. Towson University
                    Civil No. JFM-14-1330

Dear Counsel:

    This will confirm, as discussed during the telephone conference held today, that defendants' motion to lift stay of proceedings (document 12) is granted insofar as plaintiff's FMLA claim is concerned.  The proceeding remains stayed as to plaintiff's EEOC claim.

    A conference call will be held on   August 4, 2014  at   4:45   p.m. to discuss the appropriate schedule in this case.   I ask counsel for plaintiff to initiate the call.

    Enclosed is a tentative scheduling order with approximate dates for your information.  Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

    Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

    Very truly yours,

    /s/

    J. Frederick Motz
    United States District Judge