UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 6, 2014

MEMO TO COUNSEL RE:  Trudy Dennard v. Towson University
Civil No. JFM-14-1330

Dear Counsel:

This will confirm, as discussed during the conference held on August 4, 2014, that I will suspend issuance of a scheduling order pending the filing and briefing on defendant's proposed motion to dismiss.

We set the following schedule.

| | |
|---|---|
| August 14, 2014 | Deadline for defendant's filing of the motion to dismiss |
| September 12, 2014 | Deadline for plaintiff's opposition |
| September 23, 2014 | Deadline for defendant's reply |

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge